

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2023

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Krishna Marsh*, 22 Cr. 427 (JPC)

Dear Judge Cronan:

The Government respectfully writes, with the consent of the defendant, to request an adjournment of the conference in this matter currently scheduled for April 4, 2023 at 3:00 p.m. The Government understands that the Connecticut criminal charges underlying the defendant's alleged violations of the terms of his supervised release are still pending, and that the defendant's next appearance in Connecticut state court in that matter has now been scheduled for May 18, 2023. Accordingly, the Government respectfully requests that the Court adjourn the conference in this matter until a date convenient for the Court after May 18, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Alexandra S. Messiter
Alexandra S. Messiter
Assistant United States Attorney
(212) 637-2544

The request is granted. The conference currently scheduled for 3:00 p.m. on April 4, 2023 is hereby adjourned until 10 a.m. on May 31, 2023. The conference shall take place in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED
Date: March 21, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Cc: Lindy Urso, Esq. (by ECF)