```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
        -v-                                                       :
                                                                  :     22 Cr. 427 (JPC)
KRISHNA JANNOR-JOHN MARSH,                                        :
                                                                  :         ORDER
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The conditions of supervised release for Defendant Krishna Jannor-John Marsh are hereby modified so that Mr. Marsh shall be subject to home incarceration with electronic monitoring, with the technology employed to be chosen at the discretion of the Probation Office.

SO ORDERED.

Dated:  June 5, 2023
        New York, New York

_____
JOHN P. CRONAN
United States District Judge