UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-                                                                                    22 Cr. 427 (JPC)

KRISHNA JANNOR-JOHN MARSH,                                      ORDER

                         Defendants.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Mr. Marsh's bail conditions will be modified to home detention with the exceptions for work, interviews, religious services, medical appointments, for meetings with legal counsel, and for court appearances. Mr. Marsh is required to notify probation in advance of leaving the home for any of these exceptions. Mr. Marsh shall be monitored electronically, with the choice of monitoring technology left to the discretion of the Probation Office.

      SO ORDERED.

Dated: May 28, 2025
       New York, New York
                                                        JOHN P. CRONAN
                                                     United States District Judge