# LAW OFFICE OF ROBERT OSUNA, PC
## 11 PARK PLACE, SUITE 1100
## NEW YORK, NEW YORK 10007
## 212.233.1033
## ROBERTOSUNAPC@YAHOO.COM

Via ECF

August 1, 2025

Hon. John P. Cronan
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    *USA v. Krishna Jannor-John Marsh, 22-cr-427***
**      *Request to Adjourn Conference***

Dear Judge Cronan,

My office is now representing Mr. Marsh in his VOSR matter, for which a conference is currently scheduled for August 5, 2025.

Mr. Marsh's New Jersey case has been dismissed. However, he now has a pending case in Westchester County that is in its preliminary stages. We are scheduled to return to court on that matter on August 4, 2025.

With the consent of the government, and Mr. Marsh's PO Ms. Black, I ask the Court to please adjourn the August 5 conference to a date in late September whenever the Court is available.

I expect to provide the Court with further information on the status of the Westchester case by then.

I thank Your Honor for your time and attention to this matter.

Sincerely,

Law Office of Robert Osuna, PC
By:    Robert Osuna, Esq.

The instant request is granted.  The conference currently set for August 5, 2025, is adjourned to September 29, 2025, at 1:00 p.m. in Courtroom 12D at 500 Pearl Street, New York, NY 10007.  The Clerk of Court is respectfully directed to close Docket Number 40.

SO ORDERED.
Date: August 1, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge