# LAW OFFICE OF ROBERT OSUNA, PC
## 11 PARK PLACE, SUITE 1100
## NEW YORK, NEW YORK 10007
## 212.233.1033
## ROBERTOSUNAPC@YAHOO.COM

Via ECF

December 2, 2025

Hon. John P. Cronan
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**    ***USA v. Krishna Jannor-John Marsh, 22 Cr. 427***
            ***Request to Adjourn Conference***

Dear Judge Cronan,

As Your Honor is aware, my office represents Mr. Marsh in this matter.

I respectfully ask the Court for a two-week continuance of the VOSR conference scheduled for Thursday, December 4, 2025.

I've spoken to Ms. Black from US Probation, who consents to the continuance.

AUSA Messiter and I spoke, and she takes no position as to this request but asks that any adjourn date be within two weeks of the status conference.

I am aware of and did discuss with the parties two open complaints against my client. One of those complaints relates to the letter that was received by the Court from an individual in Staten Island.

I've spoken to a member of the NYPD, and we are expecting to surrender Mr. Marsh on those two complaints. I'm waiting for confirmation to surrender him this Friday to be arraigned in Brooklyn first and then Staten Island.

I will advise the parties of what Mr. Marsh's release status will be on those two cases.

I am not available this Thursday as I may be engaged in a Queens homicide case that is scheduled for jury selection that morning.

I thank Your Honor for your time and attention to this matter.

Sincerely,

Law Office of Robert Osuna, PC
By:     Robert Osuna, Esq.

The instant request is granted.  The conference currently set for December 4, 2025, at 11:00 a.m. is adjourned to December 18, 2025, at 2:00 p.m.  The Clerk of Court is respectfully directed to close Docket Number 44.

SO ORDERED.
Date: December 3, 2025
New York, New York

JOHN P. CRONAN
United States District Judge