UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
United States of America          :
                                  :    22 ___ CR 427 ___ (JPC )
                                  :
      -against-                   :         ORDER
                                  :
                                  :
Krishna Jannor-John Marsh         :
                                  :
            Defendant             :
----------------------------------x


**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.


_____
**United States District Judge**


Dated:  New York, New York
        December 18, 2025