UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,          :

      -v-                     :

                                :          22 Cr. 427 (JPC)

KRISHNA JANNOR-JOHN MARSH,    :

                                :             ORDER

               Defendant.      :

                                :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 12, 2026, at 10:00 a.m., the United States Marshals Service shall release Defendant Krishna Jannor-John Marsh (Reg. No. 85402-054) into the custody of the United States Probation Department for the Southern District of New York for placement at the Bronx Residential Reentry Center, 2534 Crescent Avenue, Bronx, New York 10468, for a period of at least six months, absent further order of this Court.

     SO ORDERED.

Dated: March 5, 2026
      New York, New York                  _____
                                     JOHN P. CRONAN
                             United States District Judge