UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,             :

      -v-                                  :

                                         :        22 Cr. 427 (JPC)

KRISHNA JANNOR-JOHN MARSH,     :

                                      :          ORDER

                 Defendant.      :

                                         :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The conditions of Defendant's supervised release are modified to include outpatient substance-use (to include drug and alcohol use) and mental-health treatment as directed by the United States Probation Department for the Southern District of New York.  The parties are ordered to file a joint letter by July 6, 2026 as to the status of Defendant's state court proceedings and proposing next steps in this matter.

      SO ORDERED.

Dated: June 25, 2026
      New York, New York                  _____
                                        JOHN P. CRONAN
                                United States District Judge