UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>KRISHNA JANNOR-JOHN MARSH,<br><br>Defendant. | 22 Cr. 427 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

The conditions of supervised release for Defendant Krishna Jannor-John Marsh are hereby modified so that Mr. Marsh shall be subject to home detention with the technology employed to be chosen at the discretion of the Probation Office. Mr. Marsh's curfew shall also be determined by the Probation Office. The parties shall appear for a status conference on November 4, 2026, at 2:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: September 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge