UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KRISHNA JANNOR-JOHN MARSH,
Defendant.

22 Cr. 427 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

It is hereby ordered that Defendant Krishna Jannor-John Marsh is remanded to the custody of the United States Marshal.

SO ORDERED.

Dated: November 4, 2026
New York, New York

JOHN P. CRONAN
United States District Judge